## McDONALD v. HILDT.

No. 4564. Opinion Filed June 29, 1915.

(150 Pac. 460.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where the plaintiff in error files no brief, and assigns no reason for failure to do so, the appeal will be considered as abandoned, and, under rule 7 of this court (38 Okla. vi, 137 Pac. ix), dismissed.

(Syllabus by Brett, C.)

*Error from District Court, Wagoner County;*
*R. P. De Granffenried, Judge.*

Action by J. E. Hildt against C. C. McDonald. Judgment for plaintiff, and defendant brings error. Dismissed.

*A. L. Harris,* for defendant in error.

*Bailey, Wyand & Moon,* for plaintiff in error.

Opinion by BRETT, C. This case was appealed from the district court of Wagoner county, and was filed in this court November 15, 1912, and was on June 7th duly submitted on the record.

Plaintiff in error has filed no brief, and assigns no reason for his failure to do so. Under rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be considered as abandoned by the plaintiff in error, and the appeal should be dismissed.

By the Court: It is so ordered.